# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL

**V.**  **JUDGMENT IN A CIVIL CASE**

BENJAMIN CERVANTES

CASE NUMBER: 09cv2466 JM(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Clerk of Court is instructed to dismiss the action without prejudice. The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot..........................
..................................................................................................................................................................

| November 12, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 12, 2009

09cv2466-JM(JMA)